FILED – USDC – NDTX – AB
JAN 21 2025 AM10:24

FORM FOR USE IN APPLICATIONS
FOR HABEAS CORPUS UNDER 28 U.S.C. SECTION 2241

UNITED STATES DISTRICT COURT FOR THE

1:25-cv-007-H

CASE NO: ~~9:22-CR-20027-DMM~~ _____ (to be supplied by the Clerk of Court)

Daniel Garcia Carmona
_____, PETITIONER
(Full name -- include name under which you were convicted)

v.

C.Humphrey, Warden
_____, RESPONDENT
(Name of Warden, Superintendent, Jailor, or authorized person having custody of
petitioner)

Daniel Garcia Carmona, Reg #26815-510
_____
NAME AND PRISON NUMBER

FCI Big Spring, Texas
_____
PLACE OF CONFINEMENT


(If the petitioner wishes to attack a federal judgment under which a sentence was
imposed he/she should file a motion under 28 U.S.C. Section 2255, in the federal court
which entered the judgment).

PETITION FOR WRIT OF HABEAS CORPUS UNDER SECTION 2241
BY A PERSON IN FEDERAL CUSTODY

**INSTRUCTIONS--READ CAREFULLY**

1.    This petition must be legibly handwritten or typewritten, signed by the petitioner
and subscribed to under penalty of perjury as being true and correct.  Any false
statement of a material fact may serve as the basis for prosecution and conviction for
perjury.  All questions must be answered concisely in the proper space on the form.
Where more room is needed to answer any question type or use lined paper.

2.   ˙ No citation of authorities need be furnished.  If briefs or arguments are submitted,
they should be submitted in the form of a separate memorandum.

3.    Upon receipt of a fee of $5.00 your petition will be filed if it is in proper order.

4.     If you do not have the necessary filing fee, you may submit an application to proceed in forma pauperis , in which event you must execute the affidavit on the last page, setting forth information establishing your inability to prepay the fees and costs or give security therefor.  You must also have an authorized official at the correctional facility complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.  If your prison account exceeds $150.00, you must pay the filing fee as required by the rule of the district court.

5.     Only judgments entered by one court may be challenged in a single petition.  If you seek to challenge judgments entered by different courts either in the same state or different states, you must file separate petitions as to each court.

6.     Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the petition you file seeking relief from any judgment of conviction.

7.     When the petition is fully completed, the original and two copies must be mailed to the Clerk of the United States District Court whose address is:

8.     Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

## PETITION

1.     Name and location of court which entered the judgment of conviction under which you are presently confined:

United States District Court for the Southern District of Florida

99 N.E Fourth Street , Miami, Florida 33132

2.     Date of judgment of conviction: ___09/08/2023___

3.     Length of sentence:____24 months___  Sentencing Judge:Donald M.Middlebrooks

4.     Nature of offense or offenses for which you were convicted:

_____Money Laundering conviction   3 YEARS OF SUPERVISION_____

5.      Were you sentenced on one or more than one count of an indictment, or on more than one indictment, in the same court and at the same time?      YES ( )   NO (x ).

6.      Do you have any further sentence to serve after you complete the sentence imposed by the judgment under attack?   YES ( )   NO ( x).

        (a)     If so, give name and location of court which imposed sentence to be served in the future:
                        N/A
_____
_____
_____

        (b)     And give date and length of sentence to be served in the future:
                        N/A
_____

        (c)     Have you filed, or do you contemplate filing, a petition attacking the judgment which imposed the sentence to be served in the future?   YES ( )   NO ( x ).

7.      State concisely every ground on which you claim that you are being held unlawfully.  Summarize briefly the facts supporting each ground:

        (a) Ground one:
            I am a Cuban National who arrived in U.S.A on or about 09/2015.
_____
_____
_____

        Supporting **FACTS** (Tell your story briefly without citing cases or law):
I was deported on or about 05/20/2024 with an order Final Deportation in paper (Documents), non physical. However, Cuban Government is not allowed me to return to my country. Therefore, I will be in supervision on my release. For Earlier Release Date, according to the BOP Program Statement 5410.01, I request relief by applying my FSA/FTC Credits toward supervision term after I finish finish serving with the sentence term,
_____
_____
_____
_____
_____
_____
_____

(b) Ground two:

Cuban people are not deported physically, just in documents, as the government of Cuba will not receive anyone returning. However, I have supervise release. I also meet all of the following requirement for the First Step Act FSA/FTC

Supporting **FACTS** (Tell your story briefly without citing cases or law):
For the FSA/FTC Credits pursuant to the reentry service division.

(1) I am not deportable

(2) I have completed approved programming to the FSA earned credits for good time

(3) I will be on supervised release (here in USA)for a term of 3 _years_

(4) Per the FSA/FTC, up to 365 days of may be applied toward my supervised release. Recidivism is lowered which eliminates an important incentive for programming. I am ground for 24 months of incarceration. I have strived to do positive things to improve myself to become a better as a man. This time has allowed me to self-reflect on the things that I have done wrong in the past and this has became a catalyst for positive change in my personal life. I feel ashamed and I am very sorry for my selfish actions that was not only affected me, but also caused pain to many other, including my own family. I will not repeat those mistakes.

(b) Ground three:

Under the First Step Act and earned Federal Time Credits greater than the 365 days applied to early transfer to supervised release.

Supporting **FACTS** (Tell your story briefly without citing cases or law):
United States Constitution 14th Amendment stated,"No state shall ....deprive any person of life, liberty or property without due process of law". The Declaration of Independence states that "all men are created equal, that they are endowed by their creator with certain inalienable right, among these are life liberty, pursuit of happiness."

(b) Ground four:

EARLIER RELEASE DATE. BCP PROGRAM STATEMENTS 5410.01 THEREFORE I HAVE GROUND TO AND EMERGENCY 2241 PURSCANT 28 U.S.C. SECTION 2241

Supporting **FACTS** (Tell your story <u>briefly</u> without citing cases or law):

DURING MY TIME INCARCERATION, I HAVE WORKED HARD IN MY JOB (JOBS). MY INITIATIVE AND HARD WORK HAVE EARNED ME hight PRAISE FOR MY SUPERVISOR. MY JOB (JOBS) ALLOWED ME TO FURTHER ESTABLISH A POSITIVE WORK HISTORY I do not HAVE A VIOLENT PAST AND MY CRIME WAS NOT A CRIME OF VIOLENCE. I CAN A WILL LEAD A CRIME-FREE LIFE, AND be A SOLID MEMBER OF SOCIETY.
I bELIEVE A CHANCE AT REDEMPTION.
MY FAMILY IS MY FIRST PRIORITY, I HAVE STRIVED TO STAYED CONNECTED TO THEM, THOUGH NOT PHYSICALLY bUT THROUGH PHONES AND LETTERS, AN EARLY RELEASE WOULD ALLOW ME TO STRENGTHEN MY bOND WITH THEM by bEING THERE FOR THEM EMOTIONALLY, SPIRITUALLY AND PHYSICALLY FIRMLY bELIEVE THAT I CAN NOW bE A POSITIVE ROLE MODEL FOR THEM.

WHEREFORE, petitioner prays that the court grant petitioner relief to which he/she may be entitled in this proceeding.

I declare under penalty of perjury that the foregoing is true and correct.

01/03/2025

(Date)

(Signature)

(Signature of Attorney (if any))

W:\2241.WPD

01/08/2025

United States District Court

Office of the Clerk

Nothern District of Texas

341 Pine St. Room 2008

Abilene, Texas 79601

RECEIVED

JAN 2 1 2025

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

RE: Daniel Garcia Carmona Case No.: 9:22-cr-20027-DMM

Dear sir/madam

May I respectfully through this letter if possible to get your honorable assistance to file the attached pro se motion under case No: 9:22-cr-20027-DMM.

Pro se motion as petition for writ of habeas corpus under section 2241.

Defendant humbly pray to the office of the clerk to grant this pro se motion.

Sincerely

Daniel Garcia Carmona
26815-510
F.C.I. Big Spring
1900 Simler Ave
Big Spring, Tx 79720

P.S. The money order I will send in that different letter.

Daniel Garcia Carmona #26815-510

F.C.I Big Spring
1900 Simler Ave.
Big Spring, Tx 79720

United States District Court
Office of The Clerk
Northern District of Texas
Abilene Division
341 Pine Street Room 2008
Abilene, Texas 79601

RECEIVED

JAN 21 2025

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

FREEDOM