UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

DANIEL GARCIA CARMONA,
*a.k.a.* DARIEL GARCIA CARMONA,

           Petitioner,

v.

C. HUMPHREY,

           Respondent.

No. 1:25-CV-00007-H

### ORDER

Petitioner Daniel Garcia Carmona, a self-represented federal prisoner, filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 challenging the Bureau of Prisons' (BOP) administrative decision regarding his eligibility to earn and apply time credits under the First Step Act (FSA). Petitioner was incarcerated in FCI Big Spring, within the jurisdiction of this Court, when he filed the petition.

Respondent filed a response along with relevant records, urging the Court to deny the petition and arguing that Petitioner is not entitled to the relief he seeks because he has a final order of removal. Petitioner did not file a reply and the time to do so has passed. The Court has reviewed Petitioner's pleadings and Respondent's response with the attached records.

Based upon the facts and the law set forth in Respondent's response, the Court finds that Petitioner is not entitled to the credit he seeks. The petition is denied and dismissed with prejudice.

So ordered.

The Court will enter judgment accordingly.

Dated July 6, 2025.

_____
JAMES WESLEY HENDRIX
United States District Judge